**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                                              NO. 4:08CR00060-01 JLH

DOBIE LEE BROWN                                                                              DEFENDANT

## ORDER

Dobie Lee Brown came before the Court for sentencing on September 18, 2009. At the beginning of the sentencing hearing, Brown's lawyer, Ronald L. Davis, Jr., informed the Court that he had a conflict of interest that involved his representation of another client. He said that he had been relieved of representing the other client and believed that he also should be relieved of representing Brown, even though Brown wished him to continue. Davis informed the Court that another attorney was willing to represent Brown, so it did not appear necessary to appoint counsel for Brown.

For the reasons stated, Ronald L. Davis, Jr., is relieved of his duty to represent Dobie Lee Brown and is discharged from this case. The Court directs that Brown have his new attorney enter an appearance within one week from the date this order is entered. The Court directs Davis to furnish a copy of this order to Brown and to the attorney who has said she is willing to represent Brown.

IT IS SO ORDERED this 18th day of September, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE